

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Carlton Sewell

No. 06-15-00032-CV

Original Mandamus Proceeding

Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. The trial court is directed to vacate its orders denying withdrawal of Relator's deemed admissions and to grant his motion to withdraw the deemed admissions. The writ will issue only if the trial court fails to comply within ten days of the date of this Court's opinion.

RENDERED AUGUST 25, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk